COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00488-CV |
| Style: | Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's v. American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; Roger Woolsey; and Carl Moody |
| Date motion filed: | July 30, 2014 |
| Type of motion: | Unopposed motion to extend time to file reply to response of Wausau Business Insurance Co. |
| Party filing motion: | American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; and Roger Woolsey |

Ordered that motion is:

☒　　Granted

　　　If document is to be filed, document due: July 30, 2014

☐　　Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

☐　　Denied

　　　Dismissed

☐　Other: _____

_____

_____

_____

Judge's signature:　/s/ Jim Sharp

　　　　　　　　　☑ Acting individually

Date:　September 16, 2014

November 7, 2008 Revision